GOTTWERTH, Respondent, v. THOMPSON, Appellant.

(142 N. W. 1133.)

**Appeal—Dismissal of Appeal—Brief—Abandonment of Appeal—Affirmance.**

> Where it appears that the appeal to this Court has been wholly abandoned, respondent's motion to dismiss appeal because no brief for appellant has been filed or presented for filing will be refused, but the judgment of trial court will be affirmed.

(Opinion filed September 23, 1913.)

Appeal from Circuit Court, Roberts County.   Hon. FRANK McNULTY, Judge.

Action by A. L. Gottwerth against Nils Thompson.   From a judgment for plaintiff, defendant appeals.   On motion to dismiss appeal.   Motion denied, and judgment affirmed for abandonment of appeal.

*C. R. Jorgenson,* for Appellant.

*Howard Babcock,* for Respondent.

WHITING, P. J.   This cause was appealed to this court, as appears by the copy of the notice of appeal and the indorsements thereon, upon the 11th day of April, 1913, since which time there has been a total failure on the part of appellant to comply with the rules of this court in regard to the time for serving and filing his brief upon appeal; it appearing that no brief has ever been filed or presented for filing herein.   Respondent, upon notice duly given, has asked this court to dismiss the appeal herein, owing to appellant's failure to prosecute the same.

The motion for dismissal is refused; but, inasmuch as it appears that the appellant has wholly abandoned said appeal, the judgment of the trial court is affirmed.